# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Priority ✓ Send ___ Clsd ___ Enter ___ JS-5/JS-6 ___ JS-2/JS-3

| Case No. | CV06-6245-AHM (SSx) | Date | November 13, 2006 |
|---|---|---|---|
| Title | ABERCROMBIE & FITCH CO., et al. v. MOOSE CREEK, INC., et al. | | |

**Present: The Honorable** A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Leslie A. King | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Bobby A. Ghajar
John G. Froemming

Attorneys Present for Defendants:

Timothy J. Toohey
Daniel C. Tepstein

**Proceedings:** PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [fld 10/6/06]

Cause called; appearances made.

Court issues tentative ruling and hears oral argument. For reasons stated on the record, the Court DENIES the above motion.



:    53

Initials of Preparer    PMMD