O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV06-6245-AHM (SSx) | Date | April 14, 2008 |
|---|---|---|---|
| Title | ABERCROMBIE AND FITCH CO., *et al.* v. MOOSE CREEK, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John G. Froemming | Timothy J. Toohey |
| Bobby A. Ghajar | James K. Kawahito |

**Proceedings:**   PLAINTIFFS' MOTION FOR JUDGMENT OF PERMANENT INJUNCTION, MONETARY AND OTHER RELIEF [257]

Cause called; appearances made.

Court circulates tentative judgment of permanent injunction and hears oral argument.  Court takes the matter under submission in order to allow the parties to further brief the non-injunctive aspect of the monetary damages sought in plaintiffs' motion for judgment of permanent injunction, monetary and other relief.

|  | 1 | : | 43 |
|---|---|---|---|
| Initials of Preparer | | SMO | |