O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-6245-AHM (SSx) | Date | May 5, 2008 |
|---|---|---|---|
| Title | ABERCROMBIE AND FITCH, et al. v. MOOSE CREEK, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John G. Froemming | Timothy J. Toohey |
| BobbyA. Ghajar | Kermit D. Marsh (in-house counsel) |

**Proceedings:** FURTHER HEARING ON PLAINTIFFS' MOTION FOR JUDGMENT OF PERMANENT INJUNCTION, MONETARY AND OTHER RELIEF [257], [276]

Cause called; appearances made.

Court is advised that the parties have reached a settlement and are requesting a stay of approximately 91 days on the pending motion for monetary relief. Most of the terms of the settlement are placed on the record. The parties intend to lodge later this afternoon a proposed permanent injunction with the hope that the 91-day stay would follow the entry of the permanent injunction. Transcript ordered sealed.

Court intends to issue a stay order for a period not to exceed 98 days whereby this action will be removed from the Court's active caseload.

|  | : | 41 |
|---|---|---|
| Initials of Preparer | | SMO |